# IN THE SUPREME COURT OF THE STATE OF NEVADA

SYLVANIUS BELL,
                           Appellant,

vs.

THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
THE STATE OF NEVADA BOARD OF
REVIEW FOR THE EMPLOYMENT
SECURITY DIVISION; RENEE OLSON,
IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
AND
KATIE JOHNSON, IN HER CAPACITY
AS CHAIRPERSON OF THE
EMPLOYMENT SECURITY DIVISION
BOARD OF REVIEW,
                           Respondents.

No. 77543

FILED

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Mark B. Bailus, Judge.

Review of the notice of appeal reveals a jurisdictional defect. The notice of appeal states that appellant appeals from an order entered on November 21, 2018. However, the district court docket sheet does not show that any order was filed on that date. To the extent appellant appeals from the order denying petition for judicial review entered on August 8, 2018, the notice of appeal was untimely filed. Notice of entry of that order was served electronically and via mail on August 9, 2018. The notice of appeal was due to be filed in the district court within 30 days. NRAP 4(a)(1); NRS 233B.150. But appellant did not file the notice of appeal until November 21, 2018, long past expiration of the appeal period. Accordingly, this court lacks

19-23939

jurisdiction to consider this appeal, *see Healy v. Volkswagenwerk*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (an untimely notice of appeal fails to vest jurisdiction in this court), and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Mark B. Bailus, District Judge
        Sylvanius Bell
        State of Nevada/DETR
        Eighth District Court Clerk